SUNDERLIN v. WYMAN, appellant.

*Evidence — value — estimate from description — sick animal.*

In an action for the conversion of horses a witness was permitted to testify to the condition and value of the horses in April, although the conversion occurred the succeeding fall. *Held,* that the time in question was too remote from that of the conversion to make the evidence of value.

One witness having described a horse another witness was asked, "What was the value of the other horse as described by S." (the previous witness)? *Held,* improper and the evidence sought incompetent. Witness could not give an opinion as to value founded on the description of another.

When a horse is sick a witness cannot be permitted to estimate him as sound if the sickness detracts any thing from his value.

*H. C. Kingsbury,* for appellant.

*Morris & Russell,* for respondent.

MULLEN, P. J.

The opinion is devoted to a consideration of exceptions to rulings of a referee upon evidence. The head note refers to all that is of value therein.

*Judgment reversed and new trial granted.*